# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135887

KRYSTYNA W. COTTER, individually and
as guardian of her son, HARRY COTTER,
        Plaintiff-Appellee,

v

        SC: 135887
        COA: 278280
        Kent CC: 04-006967-CZ

THOMAS WISNER, JOYCE S. WISNER,
DAVID C. BOTTRALL, MICHELLE
BOTTRALL, and DONALD F. WIERENGA,
        Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the January 14, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
                     Clerk

d0421